# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133583

WILLIAM Q. TINGLEY, III, WILLIAM Q.
TINGLEY, and DANIEL R. BRADLEY,
      Plaintiffs-Appellants,

and

PROTO-CAM, INC., BEND TOOLING,
INC., and TENNINE CORPORATION,
      Plaintiffs,

v

ROBERT F. WARDROP, II, WILLIAM J.
FISHER III, TODD R. DICKINSON, WARDROP
& WARDROP, P.C., DICKINSON WRIGHT,
PLLC, FISHER & DICKINSON, P.C., 900
MONROE LLC, 940 MONROE LLC, PIONEER
INCORPORATED, CITY OF GRAND RAPIDS,
JOHN H. LOGIE, DYKEMA EXCAVATORS,
INC., and FIFTH THIRD BANCORP,
      Defendants-Appellees.
_____/

SC: 133583
COA: 243171
Kent CC: 02-003723-NZ

On order of the Court, the application for leave to appeal the February 22, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2007

d1114

Clerk